# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **In re:**<br>Michael J. Stroud<br>**SSN:** xxx−xx−6169<br>Leigh Ann Stroud<br>**SSN:** xxx−xx−8916<br>   **Debtor(s)** | **Case No.** 13−02108−TOM13<br>**Chapter** 13 |

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held to consider and act upon the following:

*43* − Debtor's Objection to Claim 4 of creditor Wells Fargo Bank NA in the amount of $1962.80 Filed by Joint Debtor Leigh Ann Stroud, Debtor Michael J. Stroud. (Stuckenschneider, Ted)

**Date:** Thursday, November 5, 2015      **Time:** 09:30 AM

**Location:** Robert S. Vance Federal Bldg, 1800 5th Ave No, Courtroom 3, Birmingham, AL 35203

Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non−evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance is not required if a settlement has been reached as approved by all parties and filed with the Court by an attorney prior to the hearing date.

Dated:  September 22, 2015                    By:

                                                                                Joseph E. Bulgarella, Clerk
                                                                                United States Bankruptcy Court

cdr